UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KENTUCKY PEERLESS DISTILLING, LLC, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 3:22-CV-037-CHB |
| v. ) ) | |
| ) | **JUDGMENT** |
| FETZER VINEYARDS CORPORATION, ) ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the opinion and order entered on this date, the Court **ORDERS** and **ADJUDGES** as follows:

1. Defendant's Motion to Dismiss, [R. 30], is **GRANTED in part and DENIED in part**:

   a. The Motion to Dismiss is **GRANTED** as to Fetzer's request to dismiss the Amended Complaint.

   b. The Motion to Dismiss is **DENIED** without prejudice as to the request for attorneys' fees and costs.

2. The Amended Complaint, [R. 9], is **DISMISSED** without prejudice, and this action is **STRICKEN** from the Court's docket.

3. This is a **FINAL ORDER**.

This the 19th day of April, 2022.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY