UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KENTUCKY PEERLESS DISTILLING CO., LLC, | ) ) ) |
| Plaintiff, | ) Civil Action No. 3:22-CV-037-CHB ) ) |
| v. | ) **ORDER STRIKING PLAINTIFF'S** ) **RESPONSE FILED AT R. 52 AND** |
| FETZER VINEYARDS CORPORATION, | ) **ORDER DIRECTING CLERK TO RE-** ) **DOCKET RESPONSE** |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiff Kentucky Peerless Distilling Co., LLC's ("Plaintiff"), Notice of Withdrawal and Corrected Filing [R. 53]. Plaintiff advises the Court that it inadvertently filed an incorrect version of its Response [R. 52] in Opposition to Defendant's Motion for Costs, Expenses, and Attorneys' Fees. *Id.* Having reviewed the Notice of Withdrawal and Corrected Filing and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Clerk of Court is **DIRECTED** to **STRIKE** the Response [R. 52] filed in error, as well as the exhibits and Proposed Order attached thereto [R. 52–1 through R 52–15] from the docket in this matter.

2. The Clerk of Court is further **DIRECTED** to **RE-DOCKET** the corrected Response [R. 53–1], as well as the exhibits and Proposed Order attached thereto [R. 53–2 through R. 53–15], as of June 13, 2022.

- 2 -

3. As previously ordered [R. 50], Defendant Fetzer Vineyards Corporation has up to and including June 20, 2022, within which to file its Reply in Support of its Motion for Costs, Expenses, and Attorney's Fees [R. 46].

This the 17th day of June, 2022.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record